| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____    Chapter you are filing under: <br> ☐ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☑ Chapter 13 |

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy      12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Valerie** <br> First Name <br> **Verneal** <br> Middle Name <br> **Henry** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First Name <br> _____ <br> Middle Name <br> _____ <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | _____ <br> First Name <br> _____ <br> Middle Name <br> _____ <br> Last Name | _____ <br> First Name <br> _____ <br> Middle Name <br> _____ <br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __3__ __1__ __2__ __5__ <br> OR <br> 9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br> OR <br> 9xx – xx – ___ ___ ___ ___ |

Debtor 1 __Valerie Verneal Henry_____   Case number (if known) _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

__ __ – __ __ __ __ __ __ __
EIN

__ __ – __ __ __ __ __ __ __
EIN

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

__ __ – __ __ __ __ __ __ __
EIN

__ __ – __ __ __ __ __ __ __
EIN

**5. Where you live**

__1802 Granite Field Lane_____
Number    Street

_____

_____

__Ricmond_____  __TX__  __77469__
City              State   ZIP Code

__Harris_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City              State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____

_____
City              State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City              State   ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

## Part 2:   Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:*  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

Debtor 1    **Valerie Verneal Henry**                              Case number (if known) _____

| | | |
|---|---|---|
| 8. | How you will pay the fee | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |
| 9. | Have you filed for bankruptcy within the last 8 years? | ☐ No ☑ Yes. |

District **Southern District of Texas**    When **05/02/2016**    Case number **16-32338-H5-1**
                                                MM / DD / YYYY
District _____    When _____    Case number _____
                                                MM / DD / YYYY
District _____    When _____    Case number _____
                                                MM / DD / YYYY

10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?

☑ No
☐ Yes.

Debtor _____    Relationship to you _____
District _____    When _____    Case number, _____
                                                MM / DD / YYYY    if known

Debtor _____    Relationship to you _____
District _____    When _____    Case number, _____
                                                MM / DD / YYYY    if known

11. Do you rent your residence?

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.
   ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Valerie Verneal Henry**　　　　　　　　　　　　　　Case number (if known) _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12.** Are you a sole proprietor of any full- or part-time business?

☑ No.  Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number    Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____  _____  _____
City                         State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.** Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14.** Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?

☑ No
☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed?

_____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property? _____
                      Number    Street

_____

_____  _____  _____
City                         State    ZIP Code

Debtor 1    **Valerie Verneal Henry**                                     Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
You must check one:

- [x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
You must check one:

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Valerie Verneal Henry**  Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No.  I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

Debtor 1  **Valerie Verneal Henry**                                              Case number (if known) _____

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X /s/ Valerie Verneal Henry**                          X _____
Valerie Verneal Henry, Debtor 1                              Signature of Debtor 2

Executed on **08/03/2018**                                   Executed on _____
           MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1  **Valerie Verneal Henry**                                    Case number (if known)

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ John V. Burger**                                              Date  **08/03/2018**
Signature of Attorney for Debtor                                             MM / DD / YYYY

**John V. Burger**
Printed name

**Burger Law Firm**
Firm Name

**3000 Weslayan**
Number        Street

**Suite 395**

**Houston**                                         **TX**        **77027**
City                                                State        ZIP Code

Contact phone  **(713) 960-9696**         Email address  **bankruptcy@burgerlawfirm.com**

**03378650**
Bar number                                          State

Official Form 101       **Voluntary Petition for Individuals Filing for Bankruptcy**       page 8

Acceptance Now
ATTN: AcceptanceNOW Customer Service / B
5501 Headquarters Dr
Plano, TX 75024


AD Astra Rec Svs
7330 W 33rd S #118
Witicita KS 67205


AMCA Collection Agency
P O Box 1235
Elmsford, NY  10523-0935


AmeriCredit Financial Services, Inc
4000 Embarcadero
Arlington   TX   76014


AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096


ARS-ACS PRIM CR PHYS SW PA
Attn: Bankruptcy
PO Box 459079
Sunrise, FL 33345


Avante
3600 South Gessner Road
Ste 225
Houston, TX 77063


Bank Of America
Attn: Bankruptcy
PO Box 982238
El Paso, TX 79998


Barrett Daffin Frappier Turner & Engel
4004 Belt line Rd #100
Addison, TX  75001
Fax:  972-341-0673

```
Burger Law Firm
3000 Weslayan
Suite 305
Houston TX 77027


Caine & Weiner CUTCO
Attn: Bankruptcy
PO Box 5010
Woodland Hills, CA 91365


Cash Factory
6965 S. Rainbow Blvd #130
Las Vegas, NV 89119


CCS Wells Fargo
Two Wells Avenue
Newton Center, MA 02459-3208


Central Portfolio Control
6640 Shady Oak Rd. #300
Eden Prairie, MN  55344-7710


Commonwealth Financial
245 Mai St
Dickson City, PA 18519


Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459-3208


Credit First National Assoc
Attn: BK Credit Operations
PO Box 81315
Cleveland, OH 44181


EdFinancial Services
Attn: Bankruptcy
PO Box 36008
Knoxville, TN 37930
```

Ft Bend Cty Et Al (ESCROWED)
Patsy Schultz, Tax A/C
P.O. Box 1028
Sugar Land, TX   77487


HRRG
PO Box 8486
Coral Springs, FL 33075


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Irina Zaydman MD
16659 SW Frwy #301
Sugar Land TX 77479


IRS  Special Procedures
2970 Market St.,
 Stop 5-Q30.133
Philadelphia, PA 19104-5016


IRS Special Procedures
1919 Smith Stop 5024 HOU
Houston TX 77002


IRS Special Procedures
1919 Smith Stop 5024 HOU
Houston, TX 77002


John P. Dillman/T.Grundemeier
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX   77253-3064


Mr Cooper/NS
for Bank of NY Mellon Trust
Po Box 619094
Dallas TX 75261-9741

Case 18-34239   Document 1   Filed in TXSB on 08/03/18   Page 11 of 20

Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, TX   77008

PFS Group
7670 Woodway #250
Houston, TX 77063

Riverpark West POA, Inc
c/o Crest Mngt co
Po Box 219320
Houston TX 7218

Roberts Markel Weinberg Butler Hailey PC
for
2800 Post Oak Blvd #577
Houston TX 77056

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165

ServPro of River Oaks
1607 Rice St
Rosenberg, TX 77471

SKO Brenner American
40 Daniel St
PO Bx 230
Frmmgale, NY11734

Ten Dollas Paydaday loan.com
Williams and Brown
4691 Clifton Prkwy
Hamburg, NY 14075

Title Max
ATT: LEgal
15 Bull Street
Savannah, Ga. 31401

```
Transworld Systems
2235 Mercury Way #275
Santa Rosa, CA   95407



United Stated Dept Justice
US Attorney- Room 327D
10th and Constitutiion Ave NW
Washington DC 20530



United States Attorney
Dept of Justice
1000 Louisiana, Suite 2300,
Houston, TX 77002



United States Trustee
1000 Louisiana #2300
Houston, TX 77002



Wells Fargo Auto Bankruptcy Dept
435 Fork Rd #300
St. Louis Park, MN 54 83707-7648
```

Debtor(s):  **Valerie Verneal Henry**  Case No:  
Chapter: **13**

SOUTHERN DISTRICT OF TEXAS  
HOUSTON DIVISION

| | | |
|---|---|---|
| Acceptance Now<br>ATTN: AcceptanceNOW Customer Se<br>5501 Headquarters Dr<br>Plano, TX 75024 | Caine & Weiner CUTCO<br>Attn: Bankruptcy<br>PO Box 5010<br>Woodland Hills, CA 91365 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| AD Astra Rec Svs<br>7330 W 33rd S #118<br>Witicita KS 67205 | Cash Factory<br>6965 S. Rainbow Blvd #130<br>Las Vegas, NV 89119 | Irina Zaydman MD<br>16659 SW Frwy #301<br>Sugar Land TX 77479 |
| AMCA Collection Agency<br>P O Box 1235<br>Elmsford, NY  10523-0935 | CCS Wells Fargo<br>Two Wells Avenue<br>Newton Center, MA 02459-3208 | IRS  Special Procedures<br>2970 Market St.,<br> Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 |
| AmeriCredit Financial Services,<br>4000 Embarcadero<br>Arlington   TX   76014 | Central Portfolio Control<br>6640 Shady Oak Rd. #300<br>Eden Prairie, MN  55344-7710 | IRS Special Procedures<br>1919 Smith Stop 5024 HOU<br>Houston TX 77002 |
| AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>PO Box 183853<br>Arlington, TX 76096 | Commonwealth Financial<br>245 Mai St<br>Dickson City, PA 18519 | IRS Special Procedures<br>1919 Smith Stop 5024 HOU<br>Houston, TX 77002 |
| ARS-ACS PRIM CR PHYS SW PA<br>Attn: Bankruptcy<br>PO Box 459079<br>Sunrise, FL 33345 | Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459-3208 | John P. Dillman/T.Grundemeier<br>Linebarger Goggan Blair & Samps<br>P.O. Box 3064<br>Houston, TX  77253-3064 |
| Avante<br>3600 South Gessner Road<br>Ste 225<br>Houston, TX 77063 | Credit First National Assoc<br>Attn: BK Credit Operations<br>PO Box 81315<br>Cleveland, OH 44181 | Mr Cooper/NS<br>for Bank of NY Mellon Trust<br>Po Box 619094<br>Dallas TX 75261-9741 |
| Bank Of America<br>Attn: Bankruptcy<br>PO Box 982238<br>El Paso, TX 79998 | EdFinancial Services<br>Attn: Bankruptcy<br>PO Box 36008<br>Knoxville, TN 37930 | Perdue, Brandon, Fielder,<br>Collins & Mott, L.L.P.<br>1235 North Loop West, Suite 600<br>Houston, TX  77008 |
| Barrett Daffin Frappier Turner<br>4004 Belt line Rd #100<br>Addison, TX  75001<br>Fax:  972-341-0673 | Ft Bend Cty Et Al (ESCROWED)<br>Patsy Schultz, Tax A/C<br>P.O. Box 1028<br>Sugar Land, TX   77487 | PFS Group<br>7670 Woodway #250<br>Houston, TX 77063 |
| Burger Law Firm<br>3000 Weslayan<br>Suite 305<br>Houston TX 77027 | HRRG<br>PO Box 8486<br>Coral Springs, FL 33075 | Riverpark West POA, Inc<br>c/o Crest Mngt co<br>Po Box 219320<br>Houston TX 7218 |

```
Roberts Markel Weinberg Butler      Wells Fargo Auto Bankruptcy Dep
for                                 435 Fork Rd #300
2800 Post Oak Blvd #577             St. Louis Park, MN 54 83707-764
Houston TX 77056


Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165


ServPro of River Oaks
1607 Rice St
Rosenberg, TX 77471



SKO Brenner American
40 Daniel St
PO Bx 230
Frmmgale, NY11734


Ten Dollas Paydaday loan.com
Williams and Brown
4691 Clifton Prkwy
Hamburg, NY 14075


Title Max
ATT: LEgal
15 Bull Street
Savannah, Ga. 31401


Transworld Systems
2235 Mercury Way #275
Santa Rosa, CA   95407



United Stated Dept Justice
US Attorney- Room 327D
10th and Constitutiion Ave NW
Washington DC 20530


United States Attorney
Dept of Justice
1000 Louisiana, Suite 2300,
Houston, TX 77002


United States Trustee
1000 Louisiana #2300
Houston, TX 77002
```

*John V. Burger, Bar No. 03378650*
*Burger Law Firm*
*3000 Weslayan*
*Suite 395*
*Houston TX 77027*
*(713) 960-9696*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

In re:  
**Valerie Verneal Henry**

Case No.:  
SSN: __xxx-xx-3125__  
SSN: _____

Debtor(s)

## Numbered Listing of Creditors

Address:  
**1802 Granite Field Lane**  
**Ricmond, TX 77469**

Chapter:   13

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | Acceptance Now<br>ATTN: AcceptanceNOW Customer Service / B<br>5501 Headquarters Dr<br>Plano, TX 75024<br>xxxxxxx1046 | Unsecured Claim | $0.00 |
| 2. | AD Astra Rec Svs<br>7330 W 33rd S #118<br>Witicita KS 67205<br>x9426 | Unsecured Claim | $0.00 |
| 3. | AMCA Collection Agency<br>P O Box 1235<br>Elmsford, NY  10523-0935 | Unsecured Claim | $0.00 |
| 4. | AmeriCredit Financial Services, Inc<br>4000 Embarcadero<br>Arlington  TX  76014 | Unsecured Claim | $0.00 |
| 5. | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>PO Box 183853<br>Arlington, TX 76096<br>xxxxx7185 | Unsecured Claim | $0.00 |
| 6. | ARS-ACS PRIM CR PHYS SW PA<br>Attn: Bankruptcy<br>PO Box 459079<br>Sunrise, FL 33345<br>xxxx9220 | Unsecured Claim | $673.00 |

in re:  **Valerie Verneal Henry**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| | Debtor | | Case No. (if known) |
| 7. | Avante<br>3600 South Gessner Road<br>Ste 225<br>Houston, TX 77063<br>xxxxxxxx xxx xxxxxxx xxxx xxxx SW PA | Unsecured Claim | $797.00 |
| 8. | Avante<br>3600 South Gessner Road<br>Ste 225<br>Houston, TX 77063<br>xxxxxxxx  xxx xxxxxxx xxxx xxxx SW PA | Unsecured Claim | $797.00 |
| 9. | Bank Of America<br>Attn: Bankruptcy<br>PO Box 982238<br>El Paso, TX 79998<br>xxxx4961 | Unsecured Claim | $0.00 |
| 10. | Barrett Daffin Frappier Turner & Engel<br>4004 Belt line Rd #100<br>Addison, TX  75001<br>Fax:  972-341-0673 | Unsecured Claim | |
| 11. | Burger Law Firm<br>3000 Weslayan<br>Suite 305<br>Houston TX 77027 | Priority Claim | $4,040.00 |
| 12. | Caine & Weiner CUTCO<br>Attn: Bankruptcy<br>PO Box 5010<br>Woodland Hills, CA 91365<br>xxxx7875 | Unsecured Claim | $0.00 |
| 13. | Cash Factory<br>6965 S. Rainbow Blvd #130<br>Las Vegas, NV 89119 | Unsecured Claim | $666.11 |
| 14. | CCS Wells Fargo<br>Two Wells Avenue<br>Newton Center, MA 02459-3208 | Unsecured Claim | |
| 15. | Central Portfolio Control<br>6640 Shady Oak Rd. #300<br>Eden Prairie, MN  55344-7710<br>x464 | Unsecured Claim | |

Page 2

in re: **Valerie Verneal Henry**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| | Creditor name and mailing address | Category of claim | Amount of claim |
| 16. | Commonwealth Financial<br>245 Mai St<br>Dickson City, PA 18519 | Unsecured Claim | |
| 17. | Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459-3208 | Unsecured Claim | |
| 18. | Credit First National Assoc<br>Attn: BK Credit Operations<br>PO Box 81315<br>Cleveland, OH 44181<br>xxxxx2178 | Unsecured Claim | $0.00 |
| 19. | EdFinancial Services<br>Attn: Bankruptcy<br>PO Box 36008<br>Knoxville, TN 37930<br>xxxxxxxxxxx1749 | Unsecured Claim | $16,955.00 |
| 20. | Ft Bend Cty Et Al (ESCROWED)<br>Patsy Schultz, Tax A/C<br>P.O. Box 1028<br>Sugar Land, TX  77487 | Secured Claim | $4,500.00 |
| 21. | HRRG<br>PO Box 8486<br>Coral Springs, FL 33075<br>x4873 | Unsecured Claim | |
| 22. | Irina Zaydman MD<br>16659 SW Frwy #301<br>Sugar Land TX 77479 | Unsecured Claim | |
| 23. | IRS  Special Procedures<br>2970 Market St.,<br> Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | Unsecured Claim | $0.00 |
| 24. | IRS Special Procedures<br>1919 Smith Stop 5024 HOU<br>Houston TX 77002 | Priority Claim | $0.00 |

in re: **Valerie Verneal Henry**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| | Debtor | | Case No. (if known) |
| 25. | John P. Dillman/T.Grundemeier<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 3064<br>Houston, TX  77253-3064 | Unsecured Claim | |
| 26. | Mr Cooper/NS<br>for Bank of NY Mellon Trust<br>Po Box 619094<br>Dallas TX 75261-9741<br>xxxxxx1021 | Secured Claim | $275,000.00 |
| 27. | Mr Cooper/NS<br>for Bank of NY Mellon Trust<br>Po Box 619094<br>Dallas TX 75261-9741<br>xxxxxx1021 | Secured Claim | $58,000.00 |
| 28. | Mr Cooper/NS<br>for Bank of NY Mellon Trust<br>Po Box 619094<br>Dallas TX 75261-9741<br>xxxxxx1021 | Secured Claim | $64,408.80 |
| 29. | Perdue, Brandon, Fielder,<br>Collins & Mott, L.L.P.<br>1235 North Loop West, Suite 600<br>Houston, TX  77008 | Unsecured Claim | |
| 30. | PFS Group<br>7670 Woodway #250<br>Houston, TX 77063 | Unsecured Claim | $0.00 |
| 31. | Riverpark West POA, Inc<br>c/o Crest Mngt co<br>Po Box 219320<br>Houston TX 7218 | Secured Claim | $3,500.00 |
| 32. | Roberts Markel Weinberg Butler Hailey PC<br>for<br>2800 Post Oak Blvd #577<br>Houston TX 77056 | Unsecured Claim | $0.00 |
| 33. | Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>PO Box 65250<br>Salt Lake City, UT 84165<br>xxxxxxxxx3588 | Unsecured Claim | $0.00 |

Page 4

in re: **Valerie Verneal Henry**

Debtor                  Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. ServPro of River Oaks<br>1607 Rice St<br>Rosenberg, TX 77471 | Unsecured Claim | |
| 35. SKO Brenner American<br>40 Daniel St<br>PO Bx 230<br>Frmmgale, NY11734 | Unsecured Claim | |
| 36. Ten Dollas Paydaday loan.com<br>Williams and Brown<br>4691 Clifton Prkwy<br>Hamburg, NY 14075 | Unsecured Claim | $510.00 |
| 37. Title Max<br>ATT: LEgal<br>15 Bull Street<br>Savannah, Ga. 31401 | Unsecured Claim | |
| 38. Transworld Systems<br>2235 Mercury Way #275<br>Santa Rosa, CA  95407 | Unsecured Claim | |
| 39. Wells Fargo Auto Bankruptcy Dept<br>435 Fork Rd #300<br>St. Louis Park, MN 54 83707-7648 | Unsecured Claim | |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

**DECLARATION**

I, **Valerie Verneal Henry**                                                                                                                                        ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of ___5___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: **/s/ Valerie Verneal Henry**                                             Date: 8/3/2018
        **Valerie Verneal Henry**